# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

| | |
|---|---|
| Global Realty Management Inc. | Case No. 19-13774-KHK |
| Debtor | (Chapter 7) |

## ORDER DISMISSING CASE WITH PREJUDICE

On December 10, 2019, the Court held a hearing on its Order Setting Hearing for Debtor to Appear to Show Cause Why the Case Should Not be Dismissed with Prejudice (Docket No. 8). The *pro se* Debtor filed this case three days after the prior filing, The prior case, Case No. 19-12812-KHK, was dismissed with prejudice for 180 days because the Debtor failed to cure the filing fee deficiency, failed to retain counsel, and failed to appear for the hearing. The Debtor, Debtor Designee, Kimberly Vu or Kim Hoan Vu, and Duc Tan Nguyen all have an interest in real property known as 42414 Chamois Ct. Arcola, VA 20166. Between the three parties, nine bankruptcy petitions have been filed in the Eastern District of Virginia since 2013. The Court takes judicial notice of the following cases:

1. Case No. 13-13578-BFK: This Chapter 13 case was filed on August 1, 2013 by Kim Hoan Vu and dismissed on March 21, 2014 for failure to make plan payments.

2. Case No. 14-12595-RGM: This Chapter 13 case was filed on July 10, 2014 by Kim Hoan Vu and dismissed on September 12, 2014 for failure to provide required documents to the Chapter 13 Trustee and for bad faith.

3. Case No. 14-14513-RGM: This Chapter 13 case was filed on December 5, 2014 by Kim Hoan Vu and dismissed on June 29, 2015 because the confirmed plan failed to provide for the Virginia Department of Taxation's claim.

4. Case No. 17-11248-KHK: This Chapter 13 case was filed by Duc Nguyen on April 12, 2017. The case was dismissed on June 29, 2017 for failure to commence plan payments and for the Debtor's failure to file 2016 tax returns.

5. Case No. 17-12524-BFK: This Chapter 13 case was filed by Duc Nguyen on July 21, 2017 and dismissed on December 19, 2017 for lack of good faith and failure to make plan payments.

6. Case No. 18-11117-BFK: This Chapter 13 case was filed on March 29, 2018 by Duc Tan Nguyen. The case was converted to a Chapter 7 on April 25, 2018. The Debtor was discharged on July 26, 2018.

7. Case No. 18-11199-KHK: This Chapter 13 case was filed on April 4, 2018 by Kimberly Vu and was dismissed on October 1, 2018 lack of good faith and unreasonable delay.

8. Case No. 19-12812-KHK: This Chapter 11 case was filed on August 26, 2019 by Kimberly Vu. This case was dismissed with prejudice to re-filing under any Chapter of the Bankruptcy Code in this or any other Bankruptcy Court for 180 days.

For the reasons stated by the Court on the record, it is

**ORDERED:**

1. This case is dismissed with prejudice to re-filing under any Chapter of the Bankruptcy Code in this or any other Bankruptcy Court for one year.

2. The Debtor must pay the balance of the filing fee due in Case No. 19-12812-KHK in the amount of $1,137.00 to the Clerk of Court within ten (10) days of the date of this order.

3. The automatic stay, as provided in § 362(a), shall not apply to any case filed by or against the Debtor, Global Realty Management Inc., or by or against any assignee or transferee of the Debtor's property during the one-year period in which the Debtor is barred from filing.

4. If the Debtor violates this Order by filing another case within the one year with prejudice period, the Court will make a criminal referral to the U.S. District Court for contempt of court under 18 U.S.C. § 401(3).

5. The Debtor is advised that there are 14 days within which to note an appeal of this Order.

6. The Clerk will mail a copy of this Order or give electronic notice of its entry, to the parties listed below.

Date: Dec 17 2019

/s/ Klinette H. Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: December 17, 2019

**Copy mailed to**:

Kimberly Vu
42414 Chamois Court
Sterling, VA 20166

**Copy electronically to**

Jack Frankel
John P. Fitzgerald, III
Kevin R. McCarthy